An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GINA BRADY,
Appellant,
vs.
LORRAINE MILLER,
Respondent.

No. 65127

**FILED**

SEP 1 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a short trial judge order awarding attorney fees, costs, and interest in a negligence action. Eighth Judicial District Court, Clark County; Blair C. Parker, Judge.

On July 25, 2014, this court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction, pointing out that the district court had not signed the short trial judge's proposed order. *See* NSTR 3(d)(4) (providing that pro tempore short trial judges' proposed orders are not effective until signed by the district court). We cautioned appellant that failure to demonstrate that this court has jurisdiction might result in this court's dismissal of this appeal. Appellant's response was due by August 25, 2014. To date, however, appellant has not responded or otherwise demonstrated jurisdiction. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-30430

cc: Blair C. Parker, Short Trial Judge
Nathaniel J. Reed, Settlement Judge
Law Office of David Sampson
Upson Smith/Las Vegas
Eighth District Court Clerk